UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINGLESTORE, INC.<br><br>Plaintiff,<br><br>v.<br><br>INSIGHTSOFTWARE, LLC<br><br>Defendant. | Case No. 5:26-cv-09681-SVK<br><br>~~**STIPULATION AND [PROPOSED]**~~ **ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br>AS MODIFIED BY THE COURT<br>Date: December 8, 2026<br>Time: 10:00 a.m.<br>Judge: Hon. Susan van Keulen |

Plaintiff SingleStore, Inc. ("SingleStore") and Defendant insightsoftware, LLC ("ISW"), by and through their respective counsel of record, stipulate and request a brief extension of the deadlines for the response and reply briefs associated with ISW's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) (Dkt. 17, the "Motion").

ISW filed the Motion on November 3, 2026. Under Civil Local Rule 7-3, SingleStore's response would be due November 17, 2026, and ISW's reply would be due November 24, 2026.

SingleStore has requested, and ISW has agreed to, a one-week extension of the deadline for SingleStore to file its response to the Motion so that SingleStore can continue to assess and investigate the grounds raised in the Motion. The parties also have agreed to a corresponding one-week extension of the deadline for ISW to file its reply in support of the Motion. Under the agreed-upon deadlines, SingleStore's response would be due on November 24, 2026, and ISW's reply would be due on December 1, 2026. The parties do not seek to change the noticed December 8, 2026 hearing date or any other dates in this case.

Under Civil Local Rule 6-2, SingleStore submits a declaration setting forth the grounds for the requested extension, confirms that there have been no previous modifications of time in this case, and sets forth the effect of the new briefing deadlines.

The parties respectfully request that the Court grant this stipulation and order the amended response and reply deadlines with respect to the Motion.

Dated: November 17, 2026

Respectfully submitted,

FENWICK & WEST LLP

By: */s/Molly R. Melcher*
Molly R. Melcher

*Attorneys for Plaintiff*
SINGLESTORE, INC.

Dated: November 17, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/Anuj K. Khetarpal*
Anuj K. Khetarpal

*Attorneys for Defendant*
INSIGHTSOFTWARE, LLC

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: November 17, 2026

By: */s/Molly R. Melcher*
Molly R. Melcher

*Attorneys for Plaintiff*
SINGLESTORE, INC.

# ~~[PROPOSED]~~ ORDER

Having considered the parties' stipulation, and good cause appearing, the Court ORDERS as follows:

1. The deadline for SingleStore to respond to the Motion (Dkt. 17) is extended to November 24, 2026.

2. The deadline for ISW to file any reply in support of the Motion (Dkt. 17) is extended to December 1, 2026.

3. The hearing set for December 8, 2026 is **VACATED**, to be reset by the Court at a later date if needed.

**IT IS SO ORDERED.**

Dated: November 17, 2026

Honorable Susan van Keulen
United States Magistrate Judge